In the Matter of PARMINDER KAUR et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

In the Matter of TUCK-IT-AWAY, INC., et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

Submitted May 3, 2010; decided May 6, 2010

Motion by East Harlem Alliance of Responsible Merchants for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of PARMINDER KAUR et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

In the Matter of TUCK-IT-AWAY, INC., et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

Submitted May 3, 2010; decided May 6, 2010

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of PARMINDER KAUR et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

In the Matter of TUCK-IT-AWAY, INC., et al., Respondents, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant.

Submitted May 3, 2010; decided May 6, 2010